IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| GAGE DANE ZEEK, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 2:20-CV-162-Z-BQ |
| GRAY COUNTY SHERIFF OFFICE., *et al.*, | § § § | |
| Defendants. | § | |

**ORDER**

On June 18, 2020, *pro se* Plaintiff filed a Complaint (ECF No. 3) in this Court, proceeding *in forma pauperis*. On August 16, 2021, the United States Magistrate Judge entered findings and conclusions on Plaintiff's operative Amended Complaint (ECF Nos. 6, 18). The Magistrate Judge **RECOMMENDS** that the Court dismiss with prejudice Zeek's Amended Complaint. Specifically, the Magistrate Judge recommends that the Court dismiss with prejudice Zeek's claims against DA McDonough, the Gray County Sheriff's Department, Sheriff Ryan, and Attorney Grammer; dismiss with prejudice, until the conditions of *Heck v. Humphrey* are met, Zeek's claims against Officer Skinner and Officer Smith; and dismiss with prejudice any claim for release from prison or dismissal of Zeek's state criminal conviction. Plaintiff untimely filed objections to the findings, conclusions, and recommendation on September 7, 2021. ECF No. 20.

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the Magistrate Judge, the Court concludes that the findings and conclusions are correct. It is therefore **ORDERED** that Plaintiff's objections are overruled, the findings, conclusions, and recommendation of the Magistrate Judge (ECF No. 18) are **ADOPTED**, and Plaintiff's Amended Complaint (ECF No. 6) is **DISMISSED WITH PREJUDICE** as outlined above.

**SO ORDERED.**

September 13, 2021.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE